# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    : No. 11 WAL 2020
                                 :
     Respondent              :
                                 : Petition for Allowance of Appeal
                                 : from the Order of the Superior Court
     v.                      :
                                 :
                                 :
DEMETRIUS BAILEY,                :
                                 :
     Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.